UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SCOTT R. ZABRISKIE,

-vs-                                                    Case No. 6:10-cv-384-Orl-18DAB

BOB HANSELL also known as Sheriff of
Osceola, JOHN DOE NO. 1, JOHN DOE
NO. 2, JOHN DOE NO. 3, JOHN DOE NO.
4, JOHN DOE NO. 5,

            Defendants.

# ORDER

This case is before the Court on Plaintiff's Motion to Appear in Forma Pauperis (Doc. No. 2) filed March 12, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be denied and the case dismissed.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objection to the Report and Recommendation (Doc. No. 8), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. In this case, Plaintiff has asserted that he was arrested March 13, 2006 and seeks damages associated with that arrest. In another case pending in this Court, Plaintiff asserts he was arrested January 13, 2006 and held for over sixty (60) days. See Zabriskie v. City of Kissimmee Police Department, 6:10-cv-70-Orl-PCF-KRS. The recommendation in this case to deny the Motion and to dismiss the case, is based on the conflict between the dates asserted in these two cases, noting that Plaintiff is bound by his representation in the City

of Kissimmee case. In his objection to the Report and Recommendation, Plaintiff attempts to clarify the evident conflict but fails to do so. Although he presents a document indicating he was arrested on March 13, 2006, he has not amended his Complaint in the City of Kissimmee case to reflect that he was not detained for sixty (60) days. Plaintiff states "[i]n Plaintiff's memory, he was incarcerated longer than 2 months and/or 60 days, the maximum possible penalty for an alleged second degree misdemeanor crime such as the one alleged by Defendants." (Doc. No. 8, p.2).[1] Thus, the apparent conflict created by Plaintiff's own assertions, remains.

Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed March 17, 2010 (Doc. No. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Appear *in forma pauperis* is **DENIED**.

3. This case is dismissed.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __12__ day of April, 2010.

JOHN ANTOON II
United States District Judge

---

[1] It is not clear to the Court if this statement by Plaintiff is referring to his January 2006 or March 2006 arrest.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party