# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**SCOTT R. ZABRISKIE,**

**-vs-**  Case No. 6:10-cv-384-Orl-18DAB

**BOB HANSELL also known as Sheriff of Osceola, JOHN DOE NO. 1, JOHN DOE NO. 2, JOHN DOE NO. 3, JOHN DOE NO. 4, JOHN DOE NO. 5,**

　　　　　　**Defendants.**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL (Doc. No. 13)
>
> **FILED:** April 30, 2010
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

Upon an affidavit of indigency, any court of the United States may authorize a party to proceed *in forma pauperis*. 28 U.S.C. § 1915(a). However, "an appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). The good faith standard is an objective standard. *See Coppedge v. United States*, 369 U.S. 438, 445, 82 S.Ct. 917, 921, 8 L.Ed.2d 21 (1962). An appeal is not taken in good faith if the issue presented is frivolous. *Id.*

Here, Plaintiff is appealing the Court's Order denying his motion to proceed *in forma pauperis,* and dismissing the Complaint (*See* Doc. Nos. 5, 11). As set forth in the Court's prior Report and Recommendation (Doc. No. 5), the instant complaint presents allegations that fatally conflict with allegations Plaintiff is presently asserting in a different Complaint filed in another case in this Court. The District Court noted that the inconsistency was not reconciled by Plaintiff and rendered the Complaint frivolous. Neither the Notice of Appeal (Doc. No. 9) nor the instant motion offers anything to alter that position. *See Battle v. Central State Hospital,* 898 F.2d 126, 130 n. 3 (11th Cir. 1990) (factual allegations in a complaint may be "clearly baseless" and therefore frivolous in a Section 1915 context if they are contradicted by other allegations in the complaint). As such, Plaintiffs' current position, to the extent it can be ascertained, is without arguable merit and is therefore frivolous.

It is therefore **respectfully recommended** that the Court **certify** that the appeal is not taken in good faith. If the Court so certifies in writing, the application should be denied pursuant to 28 U.S.C. § 1915(a)(3).

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on May 4, 2010.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Unrepresented Party
Courtroom Deputy