**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SCOTT R. ZABRISKIE,**

    **Plaintiff,**

-vs-                                                Case No. 6:10-cv-384-Orl-28DAB

**BOB HANSELL also known as Sheriff of Osceola, JOHN DOE NO. 1, JOHN DOE NO. 2, JOHN DOE NO. 3, JOHN DOE NO. 4, JOHN DOE NO. 5,**

    **Defendants.**

_____

# ORDER

This case is before the Court on Plaintiff's Motion to Proceed In Forma Pauperis on Appeal (Doc. No. 13) filed April 30, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed May 4, 2010 (Doc. No. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Court **certifies** that Plaintiff's appeal is not taken in good faith.

    3.    Plaintiff's Motion to Proceed In Forma Pauperis on Appeal (Doc. No. 13) is **DENIED** pursuant to 28 U.S.C. § 1915(a)(3).

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __17th__ day of June, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge