**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SCOTT R. ZABRISKIE,**

**-vs-**                                                                 **Case No.  6:10-cv-384-Orl-28DAB**

**BOB HANSELL also known as Sheriff of Osceola, JOHN DOE NO. 1,  JOHN DOE NO. 2, JOHN DOE NO. 3, JOHN DOE NO. 4, JOHN DOE NO. 5,**

        **Defendants.**
_____

# ORDER

This case is before the Court on Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 2) filed March 12, 2010.  The United States Magistrate Judge has submitted a report recommending that the motion be denied and the Complaint be dismissed.

After an independent *de novo* review of the record in this matter, and consideration of the Objection filed by Plaintiff (Doc. No. 29), the Objection is overruled.  The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 27, 2011 (Doc. No. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 2) is **DENIED**.

    3.    The Complaint in this matter is **DISMISSED**.

    4.    The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___23rd___ day of November, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge