# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**SCOTT R. ZABRISKIE,**

**-vs-**            Case No. 6:10-cv-384-Orl-28DAB

**BOB HANSELL also known as Sheriff of Osceola, JOHN DOE NO. 1, JOHN DOE NO. 2, JOHN DOE NO. 3, JOHN DOE NO. 4, JOHN DOE NO. 5,**

       **Defendants.**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS (Doc. No. 38)**
>
> **FILED:** November 23, 2012
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

Plaintiff, appearing *pro se,* has filed a Notice of Appeal from the District Court's Order denying Plaintiff's Motion for relief from judgment (Docs. 35-37). An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith. 28 U.S.C. § 1915(a)(3). It is respectfully **RECOMMENDED** that the District Court certify that the appeal in this case is not taken in good faith.

On November 23, 2011, the District Court dismissed this action, adopting the report of the undersigned that the Complaint was frivolous (Doc. 30, 28). Although Plaintiff appealed the Order

of dismissal (Doc. 31), the appellate court dismissed the appeal on July 10, 2012, for want of prosecution (Doc. 34). Several months later, on October 31st, Plaintiff filed a motion for relief from judgment (Doc. 35). The District Court denied that motion (Doc. 36). Plaintiff now seeks to appeal that denial as a pauper.

While the denial of a Rule 60(b) motion is a final appealable order, *Gulf Coast Fans, Inc. v. Midwest Electronics Importers, Inc.*, 740 F.2d 1499, 1507 (11th Cir. 1984), only the denial of relief as to the motion filed under Rule 60(b) can be considered, not the underlying judgment. *Johnson v. Law Offices of Marshall C. Watson, PA,* 348 Fed.Appx. 447, 448 (11th Cir. 2009), citing *Cavaliere v. Allstate Ins. Co.*, 996 F.2d 1111, 1115 (11th Cir.1993) (Rule 60(b) cannot be used as a substitute for a proper and timely appeal). In denying the motion for relief from the dismissal, the District Court found that Plaintiff failed to show any ground for relief from the November 23, 2011 Order dismissing this action (Doc. 36). Nothing in the Notice of Appeal or instant motion provides any basis to question that finding. Thus, in light of the conclusions reached by the District Judge and the dismissal of the appeal of the November 23, 2011 Order, Plaintiff's application to proceed in forma pauperis on appeal should be **DENIED.** See 28 U.S.C. § 1915(a)(3). It is respectfully **RECOMMENDED** that the District Court certify that the appeal in this case is not taken in good faith.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on November 27, 2012.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Unrepresented Party
Courtroom Deputy