# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SCOTT R. ZABRISKIE,**

**-vs-**                                            **Case No.  6:10-cv-384-Orl-28DAB**

**BOB HANSELL also known as Sheriff of Osceola, JOHN DOE NO. 1,  JOHN DOE NO. 2, JOHN DOE NO. 3, JOHN DOE NO. 4, JOHN DOE NO. 5,**

       **Defendants.**

_____

# ORDER

This case is before the Court on Plaintiff's Motion for Leave to Appeal in Forma Pauperis (Doc. No. 38) filed November 23, 2012.  The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 27, 2012 (Doc. No. 39) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This Court certifies that the appeal taken by Plaintiff in this case is not taken in good faith.

3. Plaintiff's Motion for Leave to Appeal In Forma Pauperis (Doc. No. 38) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 10th day of January, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party